IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CARLISH SHABAZZ PARKER-01,
LAMAR COOPER-02,
JIMMY RUCKER, JR.-03,
LONNIE BERNARD BOYD-04,
THOMAS JACKSON-05,

Defendants.

CRIMINAL CASE NO.

1:10-CR-176-JEC

### ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Report and Recommendation [121] recommending denying defendant Cooper's Motions to Suppress Statements [85,112] and Motion to Suppress Evidence [86]; recommending denying defendant Rucker's Motion to Suppress Evidence [63]; and recommending denying defendant Parker's Motion to Suppress Evidence [82] and Motion to Suppress Statements [87]. No Objections to the Report and Recommendation [121] have been filed.

Upon review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [121] **DENYING** defendant Cooper's Motions to Suppress Statements [85,112] and Motion to Suppress Evidence [86]; **DENYING** defendant Rucker's Motion to Suppress Evidence [63]; and **DENYING**

defendant Parker's Motion to Suppress Evidence [82] and Motion to Suppress Statements [87].

SO ORDERED this __19__ day of DECEMBER, 2010.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE